No. 914, Misc., October Term, 1963. Hill v. New York, 377 U. S. 998; and

No. 1353, Misc., October Term, 1963. Johnson v. New York, 377 U. S. 1004. Motions for leave to file petitions for rehearing denied.

No. 1281, Misc., October Term, 1963. Van Rensselaer et al. v. General Motors Corp., 377 U. S. 959, ante, p. 874. Motion for leave to file second petition for rehearing denied.

No. 372. Marroso v. United States, ante, p. 899;
No. 471. Samarin v. United States, ante, p. 899; and
No. 165, Misc. Lipscomb v. Johnson, President. et al., ante, p. 923. Petitions for rehearing denied.

DECEMBER 15, 1964.

No. 676. United Air Lines, Inc. v. United States. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Dismissed pursuant to Rule 60 of the Rules of this Court. *Pierce Works, Warren M. Christopher* and *James J. McCarthy* for petitioner.

DECEMBER 17, 1964.

No. 36. Dew v. Halaby, Administrator, Federal Aviation Agency, et al. (Certiorari, 376 U. S. 904, to the United States Court of Appeals for the District of Columbia Circuit.) Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *David Rein* and *Joseph Forer* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.